United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 17, 2005**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-11438
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

FRANCISCO ESTABANE

Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Northern District of Texas
(04-CR-97)
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to the United States District Court for the Northern District of Texas, Dallas Division for resentencing is granted.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.